IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA



| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | APR 1 0 2024 |
| | BONNIE HACKLER |
| | Clerk, U.S. District Court |
| v. | Case No. 24 CR-52 RAW |
| ROBERT MICCO HARJO, | |
| Defendant | |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### FELON IN POSSESSION OF FIREARM AND AMMUNITION
### [18 U.S.C. §§ 922(g)(1) & 924(a)(8)]

On or about December 3, 2023, in the Eastern District of Oklahoma, the defendant, **ROBERT MICCO HARJO**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting commerce, the following firearm and ammunition, to wit:

- one (1) Rohm, model RG14, .22 caliber revolver, bearing serial number 21053;

- six (6) rounds of .22 caliber ammunition consisting of four (4) rounds of Federal branded .22 caliber ammunition, and two (2) rounds of Cascade Cartridge, Inc. branded .22 caliber ammunition; and

- one hundred eleven (111) rounds of assorted branded .22 caliber ammunition;

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violation charged in Count One of this Indictment involving violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), the defendant, **ROBERT MICCO HARJO**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to:

- one (1) Rohm, model RG14, .22 caliber revolver, bearing serial number 21053;
- approximately six (6) rounds of .22 caliber ammunition consisting of four (4) rounds of Federal branded .22 caliber ammunition, and two (2) rounds of Cascade Cartridge, Inc. branded .22 caliber ammunition; and
- approximately one hundred eleven (111) rounds of assorted branded .22 caliber ammunition.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

*Edith A. Singer*
EDITH A. SINGER, OBA#19439
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY